**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 21-41280 BTR |
| M &S Sales & Marketing LLC | § | |
| | § | CHAPTER 7 |
| | § | |
| DEBTOR | § | |
| | § | |

**ORDER DISCHARGING CHAPTER 7 TRUSTEE**
**AND CLOSING CHAPTER 7 CASE**

Upon the filing of the Chapter 7 Trustee's Final Account and Distribution Report Certification that the Estate Has Been Fully Administered and Application to be Discharged (TDR) on October 1, 2024, the Court finds that the bankruptcy estate arising in the above-referenced case has been fully administered. Accordingly, the Court finds that just cause exists for the entry of the following order.

**IT IS THEREFORE ORDERED** that Michelle H. Chow is hereby **DISCHARGED** of all duties as the duly-appointed Trustee of the chapter 7 bankruptcy estate created in the above referenced case.

**IT IS FURTHER ORDERED** that the above-referenced Chapter 7 case is hereby **CLOSED.**

Signed on 10/4/2024

_____ ST
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE